UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
J.P., individually and on behalf of
J.L.,                                              22-cv-6698 (JGK)

              Plaintiff,            ORDER

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.
------------------------------------------------
JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 20, 2022.

SO ORDERED.
Dated:    New York, New York
           December 3, 2022

                                    John G. Koeltl
                            United States District Judge