**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
J.P., et al.,                                          :
                                                       :
          Plaintiffs,    :   22-CV-6698 (JHR) (OTW)
                                                       :
          -against-     :   **ORDER**
                                                       :
NEW YORK CITY DEPARTMENT OF                            :
EDUCATION,                                             :
                                                       :
          Defendant.     :
                                                       :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Defendant filed a letter motion to adjourn the Pre-Settlement Conference Scheduling Call scheduled for **today, May 4, 2023, at 1:30 p.m.** (ECF 19). (ECF 20). Plaintiffs filed objections to adjournment. (ECF 21). Defendant's motion to adjourn is **DENIED**. The Pre-Settlement Conference Scheduling call shall proceed as scheduled. The dial in information is (866) 390-1828, access code 1582687.

      **SO ORDERED.**

Dated: May 4, 2023                                                       *s/ Ona T. Wang*
       New York, New York                           **Ona T. Wang**
                                                            United States Magistrate Judge