UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2023
```

---

J.P., individually and on behalf of the child,
J.L.,

                            Plaintiff,

              -v.-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.

---

22 Civ. 6698 (JHR) (OTW)

<u>ORDER</u>

JENNIFER H. REARDEN, District Judge:

On August 9, 2023, the parties filed a Stipulation and Proposed Order of Dismissal, which purports that the "Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement." ECF No. 26.

Pursuant to the Court's Individual Rules and Practices in Civil Cases and the Court's May 8, 2023 Order of Dismissal (ECF No. 25), unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. *See* R. 6.A. If the parties wish for the Court to retain jurisdiction to enforce any settlement agreement, then they **must—within two weeks of this Order—**file a stipulation of dismissal that includes the settlement agreement (which shall be set forth in the stipulation or filed as an exhibit thereto).

**If the parties do not file their agreement on the docket within two weeks of the date of this Order, the Court will not retain jurisdiction over the parties' settlement agreement.**

SO ORDERED.

Dated: August 17, 2023
      New York, New York

                                   JENNIFER H. REARDEN
                                   United States District Judge